UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF KENTUCKY
AT LOUISVILLE

CIVIL ACTION NO. 3:11-CV-P162-H

ARTAVIS GROVES                                                                    PLAINTIFF

v.

CHIEF R. WHITE, *et al.*                                                          DEFENDANTS

**MEMORANDUM OPINION AND ORDER**

One of the officer defendants in this case, Cheri Turner, has moved for dismissal of the claims against her on the grounds that the complaint contains no allegations against her.

The principle allegations of the complaint are asserted against a male police officer. Officer Turner is a female and therefore could not have been the officer referenced in the complaint.  Plaintiff has named several other officers in the complaint, but appears to have misidentified Officer Turner as the one who had specific interactions with Plaintiff.

Being otherwise sufficiently advised,

IT IS HEREBY ORDERED that the motion of Defendant, Cheri Turner, is SUSTAINED and she is DISMISSED from this case as a named defendant.

This is not a final order.

cc:     Artavis Groves, Plaintiff *Pro Se*
        Counsel of Record